FILED IN OPEN COURT
ON 5-27-2026 BG
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CR-92-D-BM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **I N D I C T M E N T** |
| | ) | |
| SHYHIEM ELIJAH BULLARD | ) | |
| | ) | |

The Grand Jury charges that:

On or about September 1, 2023, in the Eastern District of North Carolina, SHYHIEM ELIJAH BULLARD, did knowingly possess a machinegun, that is a CBC Industries, Inc., model AR-15 with a machine gun conversion device installed and a Glock, model 23 with a machine gun conversion device installed, in violation of Title 18, United States Code, Sections 922(o) and 924.

# FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or that were intended to be used in any offense identified in 18 U.S.C. § 924(d)(3), or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendants at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

Personal Property:

- Glock, model 30S, 45 caliber pistol s/n BYDK448 seized from the residence of SHYHIEM ELIJAH BULLARD on September 1, 2023, and any and all related magazines and ammunition;

- Glock, model 19, 9mm pistol s/n AFBP342 seized from the residence of SHYHIEM ELIJAH BULLARD on September 1, 2023, and any and all related magazines and ammunition;

- CBC Industries Inc., model AR-15 rifle, s/n CBC15A-02855 seized from the residence of SHYHIEM ELIJAH BULLARD on September 1, 2023, and any and all related magazines and ammunition;

- One unserialized machinegun conversion device installed on the CBC Industries Inc., model AR-15 rifle, s/n CBC15A-02855 seized from the residence of SHYHIEM ELIJAH BULLARD on September 1, 2023.

- Roma RM, mini Draco, 7.62 caliber rifle, s/n R0A21PMD27314 seized from the residence of SHYHIEM ELIJAH BULLARD on September 1, 2023, and any and all related magazines and ammunition;

- Roma RM, mini Draco, 7.62 caliber rifle with vertical grip, s/n PE92452019R0A seized from the residence of SHYHIEM ELIJAH BULLARD on September 1, 2023, and any and all related magazines and ammunition;

- Delton, 5.56 rifle, s/n B89396 seized from the residence of SHYHIEM ELIJAH BULLARD on September 1, 2023, and any and all related magazines and ammunition;

- Pioneer Arms, HellPup, 7.62 rifle, s/n PAC1140321 seized from the residence of SHYHIEM ELIJAH BULLARD on September 1, 2023, and any and all related magazines and ammunition;

- Glock lower receiver, s/n NRD301 seized from the residence of SHYHIEM ELIJAH BULLARD on September 1, 2023, and any and all related magazines and ammunition;

- Glock, model 23 GEN4, .40 Smith and Wesson caliber Firearm, s/n ABKC927US seized from the residence of SHYHIEM ELIJAH BULLARD on September 1, 2023, and any and all related magazines and ammunition;

- One unserialized machinegun conversion device installed on the Glock, model 23 GEN4, .40 Smith and Wesson caliber Firearm, s/n ABKC927US seized from the residence of SHYHIEM ELIJAH BULLARD on September 1, 2023.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Foreperson

Date: May 27th ,2026

W. ELLIS BOYLE
United States Attorney

BY: CHARITY L. WILSON
Assistant United States Attorney